In re Duncan, Cathy; Duncan, Rhett;— Defendant(s); applying for writ of certiora-ri and/or review; to the Court of Appeal, Fifth Circuit, No. 92-KA-0160; Parish of Jefferson, 24th Judicial District Court, Div. “E”, No. 91-1263.
Denied, on the showing made. The court of appeal correctly found that the defendant will not be imprisoned if she fails to pay the fines and costs. See, Bearden v. Georgia, 461 U.S. 660, 103 S.Ct. 2064, 76 L.Ed.2d 221 (1983). See also State v. Conleg, 570 So.2d 1161 (La.1990); State v. Conley, 565 So.2d 424 (La.1990); State v. LaBure, 427 So.2d 855 (La.1983); State v. Carey, 392 So.2d 443 (La.1981).